COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ROBERT K. HUDNALL and SHARON E. HUDNALL, | § | No. 08-23-00260-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 6 |
| v. | | |
| | § | of El Paso County, Texas |
| SMITH and RAMIREZ RESTORATION, LLC, | | |
| | § | (TC# 2021DCV4380) |
| Appellees. | | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of jurisdiction. Concluding that Appellant's notice of appeal is untimely, we dismiss the appeal.

A party perfects a civil appeal by timely filing a notice of appeal within 30 days after a final judgment is signed. TEX. R. APP. P. 26.1. A timely post-trial motion, such as a motion for new trial, extends the timeline for perfecting an appeal to 90 days after the judgment is signed. TEX. R. APP. P. 26.1(a)(1). A motion for new trial is timely filed within 30 days of the date the judgment is signed. TEX. R. CIV. P. 329b(a).

Appellants filed an untimely notice of appeal on September 29, 2023, attempting to appeal the trial court's final judgment signed on March 30, 2022. The docketing statement indicates that Appellants also filed an untimely motion for new trial on August 23, 2023. Appellants' notice of appeal was due to be filed no later than 30 days after March 30, 2022, to enable this Court to exercise jurisdiction over the appeal.

On September 29, 2023, the Clerk of this Court sent Appellants a letter indicating that the appeal was not timely perfected. The letter gave notice of our intent to dismiss the appeal for want of jurisdiction, after ten days from the date of the letter, unless grounds were shown for the Court to continue the appeal. *See* TEX. R. APP. P. 42.3(a). Appellants timely filed a response to this Court's letter, indicating that they had not been properly served in the case below. However, that issue is not properly before this Court. Because we find that Appellants failed to perfect their appeal by timely filing a notice of appeal, we dismiss the appeal for want of jurisdiction. TEX. R. APP. P. 26.1, 42.3(a), (c), 43.2(f).


LISA J. SOTO, Justice

October 12, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.